**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. 11-cr-30046-016-MJR** |
| | ) | |
| **EDWIN FERNANDO MONTEJO,** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**ORDER REMITTING FINE**</u>

**REAGAN, Chief District Judge**:

The undersigned sentenced Defendant Fernando Montejo on March 16, 2012; that sentence included, among other things, a special assessment of $200.00 and a fine of $600.00.  By motion filed February 8, 2016, the United States asks to remit the unpaid fine of $600.00 pursuant to 18 U.S.C. § 3573.  The motion establishes that Fernando Montejo is no longer in this country and that reasonable efforts to collect the fine are not likely to be effective.  The Court finds that, in the interests of justice, the unpaid fine remaining in this case of $600.00 should be remitted.  The Court **GRANTS** the United States' motion (Doc. 1507).  Pursuant to 18 U.S.C. § 1373, the Court **REMITS** the unpaid portion of the fine imposed against Fernando Montejo in the total amount of $600.00.

> **IT IS SO ORDERED.**

> **DATED  February 10, 2016.**

s/ *Michael J. Reagan*           
**Michael J. Reagan**
**United States District Judge**